UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOOD EXPERIENCES OF NEW YORK, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>MANHATTAN WALKING TOUR.COM LLC, et al.<br><br>                    Defendants. | Case No:   19-cv-06989 (RA)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Food Experiences of New York, LLC and their counsel hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against all defendants.

Date:   July 29, 2019
        Brooklyn, NY

LEWIS & LIN, LLC

/s/ David D. Lin
David D. Lin (DL-3666)
81 Prospect Street, Suite 8001
Brooklyn, NY 11201
David@iLawco.com
Tel: (718) 243-9323
Fax: (718) 243-9326

*Attorneys for Plaintiff*